

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

East Texas Copy Systems, Inc., Appellant

No. 06-16-00035-CV          v.

Jason Player, Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2015-1271-CCL2).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, East Texas Copy Systems, Inc., pay all costs of this appeal.

RENDERED NOVEMBER 10, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk